IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| DAVID JAMES STARICHA | ) | CASE NO. 4-07-02569-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **7** | **MOUNTAIN AMERICA CU**<br>**180 East 100 S**<br>**Salt Lake City UT 84139** | **$2,866.34** | **$70.68** |

_____2/9/10_____  /s/ SJK_____
Date                          Stanley J. Kartchner, Trustee